## RECONSIDERATION OF PRIOR DECISIONS

**2001–0512. Tallal v. Bank One, N.A.**
Summit App. No. 19592, 2001-Ohio-4348. Reported at 94 Ohio St.3d 1251, 2002-Ohio-1489, 764 N.E.2d 103. On motion for reconsideration. Motion denied.
 COOK, J., not participating.

**2001–2057. State v. Dzubak.**
Geauga App. No. 2000–G–2285. Reported at 94 Ohio St.3d 508, 2002-Ohio-1496, 764 N.E.2d 1003. On motion for reconsideration. Motion denied.
 PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**2002–0291. Pillo v. Stricklin.**
Stark App. No. 2001CA00204, 2001-Ohio-7049. Reported at 95 Ohio St.3d 1412, 765 N.E.2d 878. On motion for reconsideration. Motion granted and appeal allowed; sua sponte, cause held for the decision in 2001–1709, *Kemper v. Michigan Millers Mut. Ins. Co.*, Certified State Law Question, No. 300CV07799, and briefing schedule stayed.
 DOUGLAS, RESNICK and F.E. SWEENEY, JJ., dissent.

[Cite as *5/16/2002 Case Announcements,* 2002-Ohio-2341.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS
## *May 16, 2002*

## MOTION AND PROCEDURAL RULINGS

**2000–1984. Aetna Cas. & Sur. Co. v. Goodyear Tire & Rubber Co.**
Summit App. No. 19121. This cause is pending before the court as an appeal from the Court of Appeals for Summit County. Upon consideration of appellees' motion for leave to file additional authority,
 IT IS ORDERED by the court that the motion for leave to file additional authority be, and hereby is, granted, and appellees may file the citation to the additional authority within 7 days of the date of this entry.
 COOK, J., not participating.